# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Vermont Federation of Sportsmen's Clubs et al. v. Birmingham et al.　　Docket No.: 24-2026

Lead Counsel of Record (name/firm) or Pro se Party (name): Brady Toensing / diGenova & Toensing, LLP

Appearance for (party/designation): none

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
　　Parties: _____
( ) Incorrect. Please change the following parties' designations:
　　Party　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____　　Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: See attached list.

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 5, 2024　　OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Brady Toensing
Type or Print Name: Brady Toensing
　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

Related cases:

1. *Antonyuk v. James*, Docket No. 22-2908, Published as *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), Appellant: Ivan Antonyuk.

2. *National Association for Gun Rights v. Lamont*, Docket No. 23-1162 (pending), Appellant: National Association for Gun Rights.