# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Vermont Federation of Sportsmen's Clubs v. Birmingham    Docket No.: 24-2026

Lead Counsel of Record (name/firm) or Pro se Party (name): David Groff, Vermont Attorney General's Office

Appearance for (party/designation): Appellees - Matthew Birmingham, Charity Clark, Sarah George

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
- [ ] Incorrect.  Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: David Groff
Firm: Vermont Attorney General's Office
Address: 109 State Street, Montpelier, VT  05609-1001
Telephone: (802) 828-1101     Fax:
Email: david.groff@vermont.gov

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 11/27/19 OR that [ ] I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/David Groff
Type or Print Name: David Groff
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.