UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2026

**Motion for:** a Stay

**Caption [use short title]**

Vt. Fed. of Sportsmen's Clubs, Inc., et al.

v.

Matthew Birmingham, et al.

**Set forth below precise, complete statement of relief sought:**

Appellants seek that this case be stayed pending the adjudication of Nat'l Assoc. for Gun Rights v. Lamont (23-1162).

**MOVING PARTY:** All Appellants        **OPPOSING PARTY:** All Appellees

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Matthew Hardin        **OPPOSING ATTORNEY:** Bridget Asay

[name of attorney, with firm, address, phone number and e-mail]

Hardin Law Office, 1725 Eye Street NW, Suite 300    Stris & Maher LLP, 15 East State Street, Suite 2 Montpelier, VT
Washington DC 20006    802.858.4285 / basay@stris.com
202-802-1948 / MatthewDHardin@gmail.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the District of Vermont

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain):
This is a consent motion.

Opposing counsel's position on motion:
☑ Unopposed    ☐ Opposed    ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes    ☑ No    ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No    If yes, enter date:

**Signature of Moving Attorney:**

/s/ Matthew D. Hardin    **Date:** Sept. 6, 2024    **Service by:** ☑ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)