# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-four.

Before:      José A. Cabranes,
                   *Circuit Judge.*

_____

Vermont Federation of Sportsmen's Clubs, Powderhorn Outdoor Sports Center, Inc., JPC, Inc., DBA Black Dog Shooting Supplies, Paul Dame, Marsha J. Thompson,

         Plaintiff - Appellants,

    v.

Matthew Birmingham, Director of the Vermont State Police, in his official and personal capacities, Charity Clark, Attorney General of the State of Vermont, in her official and personal capacities, Sarah George, State's Attorney for Chittenden County, in her official and personal capacities,

         Defendants - Appellees.

_____

**ORDER**

Docket No. 24-2026

     Appellants move the Court to hold this appeal in abeyance until 60 days after issuance of the Court's decision in *National Association for Gun Rights v. Lamont* (2d Cir. No. 23-1162) or, if a petition for rehearing is filed in *Lamont*, 45 days after final disposition of any petition for rehearing.

     IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition.

                                     For the Court:
                                     Catherine O'Hagan Wolfe,
                                     Clerk of Court