UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2026

**Caption [use short title]**

**Motion for:** Dissolution of Stay & Imposition of Briefing Schedule

**Set forth below precise, complete statement of relief sought:**

Dissolution of Stay currently in place. Imposition of the following briefing schedule:

1) Appellants' Opening Brief Due November 10, 2025.
2) Appellees' Opening Biref due January 9, 2026.
3) Appellants' Reply Brief Due February 9, 2025.

Vt. Fed. of Sportsmen's Clubs, Inc. et al. v. Birmingham et al.

**MOVING PARTY:** Joint Motion     **OPPOSING PARTY:** Joint Motion

[ ] Plaintiff   [ ] Defendant
[✔] Appellant/Petitioner   [✔] Appellee/Respondent

**MOVING ATTORNEY:** Matthew D. Hardin / David Groff     **OPPOSING ATTORNEY:** none, Joint Motion

[name of attorney, with firm, address, phone number and e-mail]

Hardin Law Office
101 Rainbow Dr # 11506, Livingston TX 77399
(202) 802-1948

Vermont Attorney General's Office
109 State Street, Montpelier VT 05609
(802) 828-1101

**Court- Judge/ Agency appealed from:** U.S. District Court, District of Vermont

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✔] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/Matthew D. Hardin     **Date:** 9/15/2025     Service by: [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)