**NOT YET SCHEDULED FOR ORAL ARGUMENT**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

No. 24-2026

VERMONT FEDERATION OF SPORTSMEN'S CLUBS, INC., et al.

*Appellant,*

v.

MATTHEW BIRMINGHAM, *et al.*,

*Appellees.*

Appeal from the U.S. District Court for the District of Vermont.

**JOINT MOTION DISSOLVING STAY AND IMPOSING BRIEFING SCHEDULE**

| | |
|---|---|
| Matthew D. Hardin<br>HARDIN LAW OFFICE<br>101 Rainbow Drive #11506<br>Livingston, TX 77399<br><br>Brady C. Toensing<br>DIGENOVA & TOENSING, LLP<br>1775 Eye Street NW, Suite 1150<br>Washington, DC 20006<br><br>*Attorneys for Appellants* | David R. Groff<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br><br>*Attorney for Appellees* |

1

NOW COME the parties, jointly, by and through their respective undersigned counsel, and request that the stay of this appeal be dissolved in light of the opinion issued August 22, 2025 in *Nat'l Assoc. for Gun Rights v. Lamont* (23-1162). In support of this Motion, Appellants state as follows:

1. This Court entered a stay of this case, upon Appellants' consent Motion, on September 9, 2024. Specifically, the Court ordered that it would "hold [this] appeal in abeyance… until 60 days after issuance of the Court's decision in *National Association for Gun Rights v. Lamont* (2d Cir. No. 23-1162)," or 45 days following resolution of any petition for rehearing filed in *Lamont*. *Id.*

2. *Lamont* was decided August 22, 2025 and the parties in *Lamont* have not filed a timely petition for rehearing.

3. For the reasons set forth above, and for the avoidance of doubt, the parties jointly request that this Court formally dissolve the stay in this matter, and set the following briefing schedule:

    a) Appellants' Opening Brief Due November 10, 2025.

    b) Appellees' Opening Brief Due January 9, 2026.

    c) Appellants' Reply Brief Due February 9, 2026.

4. The parties respectfully submit that the above briefing schedule will promote judicial economy by removing any ambiguity in the current

schedule of this case, and by permitting the parties a reasonable period of time to file their appellate briefs in this matter as the law continues to develop.

  Respectfully submitted this the 15th day of September 2025,

HARDIN LAW OFFICE

By: /s/ *Matthew D. Hardin*
  Matthew D. Hardin
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: Matt@MatthewHardin.com

*Attorney for Plaintiff*

DIGENOVA & TOENSING, LLP

By: */s/ Brady C. Toensing*
  Brady C. Toensing
1775 Eye Street NW, Suite 1150
Washington, DC 20006
Phone: (202) 289-7701
Email: brady@digtoe.com

*Attorneys for Plaintiff*

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: */s/ David Groff*
  David R. Groff
  Assistant Attorney General
  Office of the Attorney General
  109 State Street
  Montpelier, VT 05609-1001
  (802) 828-1101
  david.groff@vermont.gov

  *Attorney for Defendants*

3

## CERTIFICATE UNDER CIRCUIT RULE 29 (b)

Pursuant to Circuit Rule 27.1 (d), undersigned counsel certifies that all parties consent to this motion.

/s/ Matthew Hardin
Matthew Hardin

## DISCLOSURE STATEMENT

Undersigned counsel certifies pursuant to Fed. R. App. 26.1 that the Vermont Federation of Sportsmen's Clubs, Inc. is a nonprofit corporation and issues no stock. It has no parent corporation. All subsidiary corporations are also nonprofit sportsmen's clubs in Vermont, none of which issue stock. Powderhorn Outdoor Sports Center, Inc. is a Vermont Corporation solely owned by William Cleary, and has no publicly traded stock. JPC, Inc. is a Vermont Corporation solely owned by John Cioffi, Jr., and has no publicly traded stock. All other parties to this action are natural persons.

/s/ Matthew Hardin
Matthew Hardin

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that:

1. This document complies with the type-volume limit of Fed. R. App. P. 27 (d) because, excluding the parts of the document exempted by the rules, this document contains 248 words, and

2. This document complies with the typeface requirements and the type-style requirements because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Georgia font.

                                           /s/ Matthew Hardin
                                           Matthew Hardin