## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vermont Fed'n of Sportsmen's Clubs v. Birmingham    Docket No.: 24-2026

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ashwin P. Phatak

Firm: Office of the Solicitor General, Office of the Attorney General for the District of Columbia

Address: 400 6th Street, NW, Suite 8100, Washington D.C. 20001

Telephone: 202-442-9807    Fax: 202-741-0649

E-mail: ashwin.phatak@dc.gov

Appearance for: District of Columbia
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellees (Matthew Birmingham, Charity Clark, Sarah George) )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on December 10, 2024    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Ashwin P. Phatak

Type or Print Name: Ashwin P. Phatak