

Bridget C. Asay
PARTNER

STRIS & MAHER LLP
15 East State Street, Ste 2
Montpelier, VT 05602
www.stris.com

basay@stris.com
802.858.4285

February 23, 2026

<u>VIA ACMS</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: ***Vermont Federation of Sportsmen's Clubs, et al. v. Birmingham, et al.***
**Docket No. 24-2026 – Update regarding oral argument availability**

Dear Ms. O'Hagan Wolfe:

My firm represents Defendants-Appellees Matthew Birmingham, et al. in the above-captioned matter. This Court has tentatively calendared oral argument in the week of April 27, 2026.

I write to update the Court about my availability for oral argument. I am unavailable May 21-June 4, 2026 and respectfully request that the Court avoid calendaring the argument on those dates.

Thank you for your time and consideration of this request.

Sincerely,

*/s/ Bridget Asay*

Bridget Asay

*Counsel for Defendants-Appellees*

cc: All Counsel of Record (via ACMS)